```
                          United States Bankruptcy Court
                               District of Connecticut

In re:                                                         Case No. 13-31891-jam
Orit A Avizov                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0205-3         User: admin              Page 1 of 2         Date Rcvd: Oct 04, 2013
                             Form ID: B9A             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2013.
db          +Orit A Avizov,    6 Svea Ave.,    Branford, CT 06405-3724
smg        ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    C & E DIVISION BANKRUPTCY UNIT,
              25 SIGOURNEY STREET,    HARTFORD CT 06106-5003
             (address filed with court: State of CT Dept. of Revenue Services,
              Collections and Enforcement Div.,    25 Sigourney Street,    Hartford, CT   06106)
8140859     +Bureau Of Collection R,    Attention: Bankruptcy,    7575 Corporate Way,
              Eden Prairie, MN 55344-2022
8140870     +Peter Lengyl,    6 sevea ave,    2nd floor,    Branford, CT 06405-3724
8140873      Southern Connecticut Gas,    80 Marsh Hill Rd,    Orange, CT 06477
8140874     +Temple B'nai Abraham,    127 East Main St,    Meriden, CT 06450-5675
8140876     +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
8140878     +Zeldes Needle &Cooper,    Po box 1740,    Bridgeport, CT 06601-1740
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: neal@neglaw.com Oct 04 2013 18:20:46     Neal E. Guttenberg,
              The Law Offices of Neal E. Guttenberg,    P.O. Box 2463,    Branford, CT   06405
tr          +EDI: QGIROUMELIOTIS.COM Oct 04 2013 18:18:00      George I. Roumeliotis,
              Roumeliotis Law Group, P.C.,    100 Pearl Street, 14th Floor,    Hartford, CT 06103-4500
ust         +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Oct 04 2013 18:22:15     U. S. Trustee,
              Office of the U.S. Trustee,    Giaimo Federal Building,    150 Court Street, Room 302,
              New Haven, CT 06510-2022
8140860     +EDI: CHASE.COM Oct 04 2013 18:18:00      Chase Mht Bk,    Attn:Bankruptcy Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
8140861      EDI: WFNNB.COM Oct 04 2013 18:18:00      Comenity Bank/vctrssec,    PO Box 182273,
              Columbus, OH 43218-2273
8140862     +E-mail/Text: bankruptcy@dcu.org Oct 04 2013 18:21:45     Digital Fed Credit Uni,
              220 Donald Lynch Blvd,    Marlborough, MA 01752-4708
8140863     +E-mail/Text: bankruptcy@dcu.org Oct 04 2013 18:21:45     Digital Federal Credit Union,
              po box 9130,    marlborough, MA 01752-9130
8140864     +EDI: DISCOVER.COM Oct 04 2013 18:18:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
8140865     +EDI: WFNNB.COM Oct 04 2013 18:18:00      Fashion Bug/soanb,    1103 Allen Dr,
              Milford, OH 45150-8763
8140866     +EDI: RMSC.COM Oct 04 2013 18:18:00      GECRB/ Old Navy,    Attention: GEMB,    Po Box 103104,
              Roswell, GA 30076-9104
8140867     +EDI: RMSC.COM Oct 04 2013 18:18:00      GECRB/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
8140868     +EDI: CBSKOHLS.COM Oct 04 2013 18:18:00      Kohls/capone,    Po Box 3115,
              Milwaukee, WI 53201-3115
8140869     +EDI: MID8.COM Oct 04 2013 18:18:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
8140871      EDI: PRA.COM Oct 04 2013 18:18:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541
8140872     +EDI: SEARS.COM Oct 04 2013 18:18:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
8140875     +EDI: WFNNB.COM Oct 04 2013 18:18:00      Victoria's Secret,    Attention: Bankruptcy,
              Po Box 182125,    Columbus, OH 43218-2125
8140877     +E-mail/Text: collectiondept@ynhh.org Oct 04 2013 18:22:13     Yale New Haven Hospital,
              20 York street,    New haven, CT 06510-3202
                                                                                              TOTAL: 17

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2013                                  Signature:  /s/Joseph Speetjens

```
District/off: 0205-3          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2013
                              Form ID: B9A             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2013 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13−31891 jam**

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/3/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Orit A Avizov
6 Svea Ave.
Branford, CT 06405

| Case Number:* | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 13−31891 jam | xxx−xx−2948 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Neal E. Guttenberg<br>The Law Offices of Neal E. Guttenberg<br>P.O. Box 2463<br>Branford, CT 06405<br>Telephone number: 203−599−1119 | George I. Roumeliotis<br>Roumeliotis Law Group, P.C.<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>Telephone number: 860.249.7124 |

### Meeting of Creditors
Date: **November 12, 2013**      Time: **11:00 AM**

Location: **The Giaimo Federal Building, 150 Court Street, Room 309, at intersection of Court and Orange St., New Haven, CT 06510**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 1/13/14**

**Discharge will not enter unless the Debtor's Certification of Financial Management (Official Form B23) is filed by: 1/13/14
Please note: This is not the same as the pre−filing credit counseling certificate.**

### Deadline to File Reaffirmation Agreements:
1/13/14

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.
**\*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED, SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1**

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Connecticut Financial Center<br>157 Church Street<br>18th Floor<br>New Haven, CT 06510<br>Telephone number: 203−773−2009<br>NOTE: VCIS 24 hour information toll free 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>*Gary M Gfeller*<br>Gary M. Gfeller |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 10/4/13 |

**B9A (Official Form 9A) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices